# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CROWN DRILLING, INC.** | : | **CIVIL ACTION NO. 09-1719** |
| **VERSUS** | : | **JUDGE ROBERT G. JAMES** |
| **STAR DRILLING & WORKOVER, LLC, ET AL** | : | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDDGED AND DECREED** that the Complaint be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in Chambers, in Monroe, Louisiana, on this 23rd day of May, 2018.

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**